UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY V. ONEIL                                   JURY TRIAL DEMANDED

v.                                              CASE NO.  3:11 CV
CLIENT SERVICES, INC.

COMPLAINT

    1.   Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692;  the Consumer Collection Agency Act  and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

    2.   The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

    3.   Plaintiff is a natural person who resides in Connecticut.

    4.   Plaintiff incurred debt on her personal Bank of America credit card accounts.

    5.   Defendant uses the mail and other means of interstate commerce in furtherance of its business as a consumer collection agency.

    6.   Defendant is licensed as a Consumer Collection agency in Connecticut.

    7.   Defendant sent letters and made phone calls to plaintiff in attempting to collect the Bank of America credit card accounts.

    8.   Defendant called plaintiff's mother and left with her a message that plaintiff should call defendant by 4:00 p.m. the same day.

FIRST COUNT

    9.   In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692c, -e, -f, or -g.

SECOND COUNT

10.  Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11.  Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.   Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for  communication and from  defendant;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.   Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

2