UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY V. ONEIL

v.                                          CASE NO.  3:11 CV 1588 (CSH)

CLIENT SERVICES, INC.

STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant hereby agree and stipulate that the within action may be dismissed with prejudice and without costs or fees to any party.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By__/s/ Joanne S. Faulkner___ | By:___/s/ José A. Aguiar |
| Joanne S. Faulkner ct04137 | José A. Aguiar, Esquire ct24658 |
| 123 Avon Street | Doherty, Wallace, Pillsbury and Murphy |
| New Haven CT 06511 | One Monarch Place, Suite 1900 |
| (203) 772-0395 | Springfield, MA  01144-1900 |
| | Tel:  (413) 733-3111 |
| | Fax:  (413) 734-3910 |

500882.1